In re:  Case No. 25-00768-MJC

Samantha Jamie La Mar  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3
Date Rcvd: Mar 24, 2025      Form ID: 309A      Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Samantha Jamie La Mar, 343 Keystone Ave, Peckville, PA 18452-2244 |
| 5697971 | | AT&T Mobility, PO Box 537104, Atlanta, GA 30353-7104 |
| 5697973 | + | Blakely Electric, 1439 Main Street, Peckville, PA 18452-2076 |
| 5697979 | | DEBT RECOVERY SOLUTIONS, LLC, 900 Merchants Concourse Ste LL11, Westbury, NY 11590-5121 |
| 5697989 | + | Mint mobile, 870 Newhope Street #104-155, Fountain Valley, CA 92704 |
| 5697993 | + | Pagaya Ai Debt Selection Grantor Trust, PO Box 2189, Montgomery, AL 36102-2189 |
| 5697995 | + | Pennsylvania Physician Services, LLC, Durham & Durham, LLP 5665 New Northside, Atlanta, GA 30328-5831 |
| 5698001 | + | UGI Utilities, Inc Savings Plan, 1 UGI Drive, Denver, PA 17517-9039 |
| 5698002 | | US Attorney for the PA Middle District, William J. Nealon Federal Building, 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: usbkct@bankruptcypa.com | Mar 24 2025 18:40:00 | Carlo Sabatini, Sabatini Law Firm, LLC, 216 N. Blakely St., Dunmore, PA 18512 |
| tr | ^ | MEBN | Mar 24 2025 18:37:16 | Lisa Ann Rynard, Law Office of Lisa A. Rynard, (Trustee), 240 Broad Street, Montoursville, PA 17754-2282 |
| ust | + | Email/Text: ustpregion03.ha.ecf@usdoj.gov | Mar 24 2025 18:40:00 | United States Trustee, US Courthouse, 1501 N. 6th St, Harrisburg, PA 17102-1104 |
| 5697972 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Mar 24 2025 18:51:49 | Best Egg, PO Box 42912, Philadelphia, PA 19101-2912 |
| 5697974 | | Email/Text: caineweiner@ebn.phinsolutions.com | Mar 24 2025 18:40:27 | CAINE & WEINER COMPANY INC, 5805 Sepulveda Blvd Fl 4, Sherman Oaks, CA 91411-2532 |
| 5697975 | + | EDI: CAPITALONE.COM | Mar 24 2025 22:38:00 | Capital One Bank USA NA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5697977 | | Email/PDF: creditonebknotifications@resurgent.com | Mar 24 2025 18:51:45 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 5697980 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Mar 24 2025 18:41:00 | Dept of Ed, 121 S 13th st, Lincoln, NE 68508-1904 |
| 5697982 | + | Email/Text: bankruptcy@firstelectronic.com | Mar 24 2025 18:41:00 | First Electronic Bank, 2150 S 1300 E #400, Salt Lake City, UT 84106-4336 |
| 5697983 | + | Email/Text: crdept@na.firstsource.com | Mar 24 2025 18:41:00 | Firstsource Advantage, LLC, 205 Bryant Woods South, Amherst, NY 14228-3609 |
| 5697985 | | EDI: JEFFERSONCAP.COM | Mar 24 2025 22:38:00 | Jefferson Capital LLC, 16 McLeland Rd, Saint |

| Recip ID | Bypass/Method | Date/Time | Name and Address |
|---|---|---|---|
| | | | Cloud, MN 56303-2198 |
| 5697984 | ^ MEBN | Mar 24 2025 18:37:00 | January Technologies, Inc., 176 Grand Street, 4th Floor, New York, NY 10013-3786 |
| 5697986 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 24 2025 18:52:04 | LVNV Funding LLC, 55 Beattie Pl, Greenville, SC 29601-2165 |
| 5697987 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 24 2025 18:51:45 | MERRICK BANK CORP, PO BOX 9201, Old Bethpage, NY 11804-9001 |
| 5697988 | Email/Text: bankruptcydpt@mcmcg.com | Mar 24 2025 18:41:00 | Midland Credit Management Inc, 320 E Big Beaver Rd Ste 300, Troy, MI 48083-1271 |
| 5697990 | ^ MEBN | Mar 24 2025 18:36:31 | NCB Management Services Inc., PO Box 1099, Langhorne, PA 19047-6099 |
| 5697991 | ^ MEBN | Mar 24 2025 18:37:02 | New City Funding Corp, 146 S Liberty Dr Ste 83, Stony Point, NY 10980-2452 |
| 5697992 | + EDI: AGFINANCE.COM | Mar 24 2025 22:38:00 | OneMain, 601 NW 2nd st, Evansville, IN 47708-1013 |
| 5697997 | Email/Text: ProsperBK@prosper.com | Mar 24 2025 18:40:00 | Prosper Card, PO Box 650078, Dallas, TX 75265-0078 |
| 5697994 | EDI: SYNC | Mar 24 2025 22:38:00 | Paypal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 5697996 | EDI: CCS.COM | Mar 24 2025 22:38:00 | Progressive Insurance, PO Box 55126, Boston, MA 02205-5126 |
| 5697998 | EDI: SYNC | Mar 24 2025 22:38:00 | Synchrony Bank, 4125 Windward Plz, Alpharetta, GA 30005-8738 |
| 5697999 | EDI: WTRRNBANK.COM | Mar 24 2025 22:38:00 | TD Bank USA/Target Credit, PO Box 1470, Minneapolis, MN 55440-1470 |
| 5698000 | Email/Text: accountservicing@trueaccord.com | Mar 24 2025 18:40:00 | TrueAccord, 16011 College Blvd Ste 130, Lenexa, KS 66219-9877 |
| 5698003 | Email/Text: edbknotices@ecmc.org | Mar 24 2025 18:40:00 | US Department of Education, 400 Maryland Ave SW, Washington, DC 20202-0001 |
| 5698004 | + EDI: VERIZONCOMB.COM | Mar 24 2025 22:38:00 | Verizon Wireless, 500 Technology Drive, Saint Charles, MO 63304-2225 |

TOTAL: 26

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5697978 | | Debt Recovery Solutions |
| 5697981 | | Emergency Room, unknown, scranton, PA 18452 |
| 5697976 | ## | Cascade Capital Funding LLC, 187 High St NE Ste 216, Salem, OR 97301-3952 |

TOTAL: 2 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Mar 26, 2025 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carlo Sabatini | on behalf of Debtor 1 Samantha Jamie La Mar usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com |
| Lisa Ann Rynard | larynard@larynardlaw.com PA88@ecfcbis.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Samantha Jamie La Mar<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–4411<br>EIN: __–_____ | |
| Debtor 2:<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ | |
| United States Bankruptcy Court: | Middle District of Pennsylvania | Date case filed for chapter: | 7  3/21/25 |
| Case number: | 5:25–bk–00768–MJC | | |

Official Form 309A (For Individuals or Joint Debtors)
# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline     10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Samantha Jamie La Mar | |
| 2. | **All other names used in the last 8 years** | aka Samantha LaMar, aka Samantha J La Mar, aka Sam La Mar, aka Samantha J LaMar, aka Samantha Jamie LaMar, aka Samantha La Mar, fka Samantha DeWilde | |
| 3. | **Address** | 343 Keystone Ave<br>Peckville, PA 18452 | |
| 4. | **Debtor's attorney**<br>Name and address | Carlo Sabatini<br>Sabatini Law Firm, LLC<br>216 N. Blakely St.<br>Dunmore, PA 18512 | Contact phone 570–341–9000<br><br>Email: usbkct@bankruptcypa.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Lisa Ann Rynard<br>Law Office of Lisa A. Rynard (Trustee)<br>240 Broad Street<br>Montoursville, PA 17754 | Contact phone 570–505–3289<br><br>Email: larynard@larynardlaw.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page 1

**Receiving Court Issued Orders and Notices by E–Mail:** (1) Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov. (2) Only Debtors can register for DeBN (Debtor's Electronic Bankruptcy Noticing) by filing a DeBN Request form (www.pamb.uscourts.gov/debn–form), with the Clerk of Court. Both options are <u>FREE</u> and allow the clerk to quickly send you Court Issued Orders and Notices by E–Mail.

| | | | |
|---|---|---|---|
| Debtor **Samantha Jamie La Mar** | | | Case number **5:25-bk-00768-MJC** |

| | | | |
|---|---|---|---|
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes-Barre, PA 18701 | Hours open:<br>Monday – Friday 9:00 AM to 4:00 PM<br><br>Contact phone (570) 831-2500<br><br>Date: 3/24/25 |
| 7. | **Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.<br><br>*Valid photo ID and proof of Social Security number are required* | **Date:** April 21, 2025 at 02:30 PM<br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>For additional information use the QR code or visit:<br><br>https://www.justice.gov/ust/ust-regions-r03/region-3-section-341-meetings-0#TrusteeZoom<br><br>The Court does not endorse or exercise any responsibility of the content at this link. | **Location:**<br>Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 546 009 7117, Click on Join using passcode 7420254622, or call 1-272-239-0720<br><br> |
| 8. | **Presumption of abuse**<br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 6/20/25** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline** page **2**